U.S. District Court
For THE STATE OF MAINE

Maurice D. Young, et Al
minor child  T.A. Young

vs.

Progressive Ins. Co.  et Al.,


On December 20th 2017

In The Town of Liberty Maine

A Head on motor Vehicle

Collission occured bye two

Suicide Drivers  one, who

was insured by progressive

insurance Co. And Another

who was insured

by progressive insurance Co.
placing the 10 year old
minor child And His Father
in Critical Conditions
At emergency Room Care.
we have Already recieved
partial payment for our
Vehicle on March 1st 2018
As A Admittance of guilt
by one defendant progressive
insurance. Co

permanent injuries have been documented at emergency room records. including Broken Neck Vertebraes to the 10 year old minor child of Maurice D. Young. Both Victoms are Near Crippled by two women directed by the D.H.H.S, et al in Rockland Maine.

Thank you.

Maurice D. Young
May 11, 2018