# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MAURICE D. YOUNG, Individually, )<br>And on behalf of minor, T.A.Y., )<br>)<br>**Plaintiff**, )<br>v. )<br>)<br>PROGRESSIVE INS. CO., )<br>)<br>**Defendant** ) | No. 1:18-cv-197-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The Magistrate Judge's Recommended Decision (ECF No. 38) was filed January 31, 2019. No objections were filed. Instead, Plaintiff filed a Motion to Amend (ECF No. 40) on February 15, 2019. The proposed Amended Complaint does not cure the defects in the initial complaint. The Motion to Amend is **DENIED**. The Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 30) is **GRANTED WITHOUT PREJUDICE**.

                                                              /s/ George Z. Singal
                                                              United States District Judge

Dated this 25th day of February, 2019.